# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2689
LT Case Nos.  2024-IN-005507
MC-23740C

———————————————

CITY OF JACKSONVILLE,
FLORIDA,

 Appellant,

 v.

MARGIE E. NEELEY c/o Deborah
Porter Cahill,

 Appellee.

———————————————

On appeal from the County Court for Duval County.
Dawn K. Hudson, Judge.

Cherry Shaw Pollock, Assistant General Counsel, of City of Jacksonville Office of General Counsel, Jacksonville, for Appellant.

Deborah Porter Cahill, Jacksonville, pro se.

October 15, 2025

PER CURIAM.

 AFFIRMED.

LAMBERT, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____